**HALLMARK CARDS, INC., Plaintiff–Appellee,**

v.

**GROUP ONE LTD., Defendant– Appellant.**

No. 04–1378.

United States Court of Appeals, Federal Circuit.

July 30, 2004.

Patrick Lysaught, Principal Attorney, Baker, Sterchi, Kansas City, MO, for Defendant–Appellant.

Michael E. Florey, Principal Attorney, Fish & Richardson, Minneapolis, MN, for Plaintiff–Appellee.

**ORDER**

Order Vacated, See 2004 WL 1859781.

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for

failure to prosecute in accordance with the rules.